# Exhibit 1
# (Letter to the Court)

1.

Judge Mary Lewis
Your Honor

My name is Jaime A. Gonzalez Farias, my parents Juan Gonzalez and Carmen Farias; I was born in Chile, South America in 1954; I have in my mind only one memory of my childhood with my parents, the rest is gone. When I was 6 years old, my mother left the house because my dad was with another woman, but sadly she didn't take me with her; very soon began to hit me in my face with blows of rage and with ugly words and shouting me "useless", it happened for months and months, until one day he was like a monster hitting me, but thanks to the mercy of God, that woman defended me and shouted RUN..! I ran to the street, my face bleeding, walked and walked and thanks God I could find my grandparents home and stayed with them, my mom, my uncle and my aunt .. we were a loving and happy family; a new life was granted to me, every Sunday attending the Holy Mass and absorbing Christian values, having good neighbors and friends; many times recalling my past of terror with him and trying to heal; my mom working in a factory and every Friday bringing goodies and magazines of super-heroes ... my uncle died at age of 18 in a bus accident; my aunt married and left the house .. at home were just four .. my grandfather began to drink and was abusive to my gramma, but not to me ... my home was at

2.-

Armonia St., my schools, elementary and high school was near, in our neighborhood and have good people around me; I was a very good student all my school classes along my life; at the age of 26 I earned a prize for my A-plus in German classes, was a lot of money that helped my family a lot. Coming back in time, I finished high school at the age of 16 and soon entered college, Faculty of Medicine in Chile, at the age of 20 I got my degree, ready to work in the areas of Biochemistry, Mycrobiology and more; in a Medical Center I was hired to work in a Laboratory, was my joy; at the same I was an active member of the Catholic Youth in my Church, my other joy, being there one day I heard about some religious men living far from the city; one Sunday very early I went to find them, two buses and long walk I found it, was a Trappist Monastery, I entered their chapel, a monk saw me, Br. Guillermo and with such hospitality took me to their kitchen and offered me a fresh lemonade and invited me to their night prayer (Complines) at 7:30 PM..; the hour came, all the monks gathered and began the prayers, songs; such solemnity, devotion, humility, it was a piece of heaven on earth, I was overjoyed in my heart, praying for my family, including my poor dad so wrong. That community of monks became as my family; after I began to read about their founders St. Benedict and St. Bernard.. I was so

3.-

grateful to God for the awesome gift of monastic life in our Catholic Church; the monks had a guest-house and I started to attend spiritual retreats once a month; my life was happier; soon one of the monks, Father Lino Duerner (he plus 9 monks came from St. Joseph's Abbey in Spencer, Massachusetts -- I have been in three different years); every time that I was in retreat Fr. Lino and I walked talking about spiritual themes, as vocation; he openly told me that though I was so happy working in the laboratory I had a genuine vocation to priesthood and guided by them I entered the Seminary in 1982 with the loving support of my family and the sadness of the people working in the Medical Center; studies were harder than college, but with the supporting prayers of the Trappist Monks and my perseverance I was ordained a priest in 1990, served in Churches in Chile and in year 2001 I joined the Diocese of Trenton, New Jersey; in 2006 moved to Diocese of Venice, FL and in 2015 the Diocese of Charleston, SC, my first Church was Blessed Trinity in Greer, SC from 2015 to 2020; in the three Dioceses mentioned above (NJ-FL-SC) I gave to my people the best of my priestly ministry and free of conflicts or accusations related to minor or of any cause. After Blessed Trinity, I was appointed by the Bishop, priest of three Catholic Churches in the

4.-

towns of Newberry, Joanna and Laurens; I came in August 2020 to serve those three communities with my heart full of grief, sadness and emptiness, because my dear mother Carmen died on May 7, 2020 and I heard from my family that she died completely alone, her only son so far away serving other people, but not being with her in her last moments, so to grief was added guilt and remorse, that I never showed out to the people in the services, but being alone was overwhelming the reality of being an orphan, no mother, no siblings, no relatives at all in U.S.A. ; I wasn't myself, alone and in grief... then I found a friendly family in the community of Laurens, they invited for dinner several times, they are the family of the minor in question, we became very close, too much confidence and it happened that I crossed the boundaries with him, but NEVER was my intention to go further with him, nor in my mind, neither physically, but yes the details of the case that you are aware of... I regret absolutely for my actions and I, with a contrite heart, ask God's forgiveness and the forgiveness of this great nation, that has been so good and hospitable.

God is my witness that what (with) happened with this minor is not a habit in me, it was circunstantial.

Judge Lewis, thanks for your understanding.

Cordially                                    Jaime Gonzalez F.

Dec. 18, 2023