# Exhibit 2
# (Apology letter)

Family

In this sincere note I want to express my feelings of profound regret, because I have failed to God, to our Catholic Church and to you, who opened the door of your home for me and let your son spend time with me. I know that I hurt your son and you. I understand your anger and pain; it is justified. I know that my words will not lessen your pain, but I want to express to you how truly sorry I am for harming and violating your trust.

You are in my prayers

P. Jaime Gonzalez F.